UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JULIUS M. DELA CRUZ,<br><br>　　　　　　Defendant. | Case No.  98-cv-01737-MAG   (JCS)<br><br>**ORDER FOR RESPONSE FROM UNITED STATES** |

On June 24, 1998, a default judgment was entered in this action against Defendant Julius M. Dela Cruz.  On May 29, 2014, almost 16 years later, the United States filed an ex parte motion for writ of garnishment, which the Court granted on May 30, 2014.  Defendant filed a response to the writ of garnishment on June 18, 2014 in which he states, *inter alia*, that he did not receive notice of the original action, that he does not owe the underlying loan amount, and that having only recently received the underlying documents in the case he wishes to clear his name.

The Court requests a response from the United States within fourteen (14) days of the date of this Order addressing whether Plaintiff's response should be construed as a motion to vacate the default under Rule 60 and/or how the Court should proceed in this matter.

**IT IS SO ORDERED.**

Dated: July 7, 2014

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge